# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2022

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 13101-13111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Alito, Samuel A. | 2. Court or Organization<br><br>Supreme Court of the United States | 3. Date of Report<br><br>06/23/2023 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2022<br>**to**<br>12/31/2022 |

| 7. Chambers or Office Address |
|---|
| Supreme Court of the United States<br>1 First Street, NE<br>Washington, DC 20543 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 345 Trustees, Executors, Administrators, and Custodians; § 350 Power of Attorney; § 355 Outside Positions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Instructor for Course | Regent University School of Law |
| 2. | Instructor for Course | Duke Law School |
| 3. | Honorary Advisory Board Member | Bolch Judicial Institute, Duke Law School |
| 4. | Honorary Chair of the Advisory Council | Catholic Intellectual Tradition, Catholic University School of Law |
| 5. | Honorary Member of the Advisory Board | Franciscan Monastery for the Holy Land |

## II. AGREEMENTS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 340 Agreements and Arrangements )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 320 Income; § 360 Spouses and Dependent Children.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/11/2022 | Regent University School of Law, Teaching | $9,000.00 |
| 2. 03/07/2022 | Duke Law School, Teaching | $15,000.00 |
| 3. 05/20/2022 | Bolch Judicial Institute, Duke Law School, Teaching | $5,250.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law School | 05/20/2022-05/21/2022 | Durham, NC | Taught class for LLM program | Lodging & Meals |
| 2. | Notre Dame Law School | 07/18/2022-07/22/2022 | Rome, Italy | Religious Liberty Summit | Transportation, Lodging & Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 06/23/2023 |

## V. GIFTS. *(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 335 Liabilities; § 360 Spouses and Dependent Children.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 06/23/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vang Inter Term Tax Ex Fund | D | Dividend | M | T | | | | | |
| 2. Van LT Tax Ex Fund | A | Dividend | J | T | | | | | |
| 3. Vanguard TE Mny Mkt | B | Dividend | L | T | | | | | |
| 4. Vang Small Cap Stock Fund | C | Dividend | N | T | | | | | |
| 5. Vang Total Stock Mkt Index F | D | Dividend | N | T | | | | | |
| 6. Windsor II | C | Dividend | L | T | | | | | |
| 7. Vang Star Mutual Fund | D | Dividend | L | T | | | | | |
| 8. Vang Wellington Mut Fund | E | Dividend | N | T | Sold (part) | 03/17/22 | K | C | |
| 9. Roth IRA (H) | | | | | | | | | |
| 10. -Edward Jones Investment (Cash Account) (Y) | | | | | | | | | |
| 11. - Wells Fargo Bk NA Sioux Falls 3.85% | | None | J | T | Buy | 11/30/22 | J | | |
| 12. -AES Corp | A | Dividend | J | T | | | | | |
| 13. - Anheuser Busch Inbev | A | Dividend | J | T | Buy | 03/01/22 | J | | |
| 14. -BHP Biliton PLC ADR | B | Dividend | K | T | | | | | |
| 15. -Loccitane Luxembourg | A | Dividend | J | T | | | | | |
| 16. -Sealed Air Corp | A | Dividend | J | T | | | | | |
| 17. -TJX Cos Inc | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 06/23/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | |
| 18.    - Woodside Energy Group | A | Dividend | J | T | Spinoff<br>(from line 14) | 06/02/22 | J | | |
| 19.    Vanguard Target Retirement Acct 2015 | B | Dividend | K | T | Buy<br>(add'l) | 03/25/22 | J | | |
| 20.    PNC Bank Accounts | A | Interest | M | T | | | | | |
| 21.    Traditonal IRA (H) | | | | | | | | | |
| 22.    - Capital World Growth & Income Fund CLA | A | Dividend | J | T | Sold<br>(part) | 11/30/22 | J | A | |
| 23.    - Eaton Vance Mutual Funds Trust Gov't Oblig LC A | A | Dividend | J | T | | | | | |
| 24.    - Goldman Sachs Growth & Incom Strategy Fund CL A | A | Dividend | J | T | | | | | |
| 25.    - Income Fund of America CL A | A | Dividend | J | T | | | | | |
| 26.    - Putnam Dynamic Asset- Allocation Growth Fund CL A | A | Dividend | J | T | | | | | |
| 27.    - Putnam Dynamic Asset Allocation Balanced Fund CL A | A | Dividend | J | T | | | | | |
| 28.    Investment Account #1 (H) | | | | | | | | | |
| 29.    - Virginia Comwith Transn Brd | A | Interest | J | T | | | | | |
| 30.    - VA St Res Auth Wtr & Swr Rev | A | Interest | J | T | | | | | |
| 31.    - VA St Res Auth Wtr & Swr Sys | A | Interest | J | T | | | | | |
| 32.    - Virginia Beach VA GO Pub Impt | A | Interest | K | T | | | | | |
| 33.    -3M Co | A | Dividend | J | T | | | | | |
| 34.    - Abbott Laboratories | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 06/23/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
| 35.    - Abbvie Inc | B | Dividend | K | T | | | | | |
| 36.    - Becton Dickinson & Co | A | Dividend | J | T | | | | | |
| 37.    - Black Hills Corp | B | Dividend | K | T | | | | | |
| 38.    - Boeing Co | | None | K | T | | | | | |
| 39.    - Caterpiller Inc | A | Dividend | K | T | | | | | |
| 40.    - Cdk Global Inc | | None | | | Sold | 07/08/22 | J | B | |
| 41.    - ConocoPhillips | A | Dividend | J | T | | | | | |
| 42.    - Corteva Inc | A | Dividend | J | T | | | | | |
| 43.    - Dow Inc | A | Dividend | J | T | | | | | |
| 44.    - DuPont De Nemours Inc | A | Dividend | J | T | | | | | |
| 45.    -Fortis Inc | A | Dividend | K | T | | | | | |
| 46.    - Jacobs Solutions Inc (formerly Jacobs Engineering Group Inc) | A | Dividend | K | T | | | | | |
| 47.    - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 48.    - Molson Coors Brewing Co | A | Dividend | J | T | | | | | |
| 49.    - Mondelez International Inc | A | Dividend | K | T | | | | | |
| 50.    - OGE Energy Corp | A | Dividend | K | T | | | | | |
| 51.    - Parker Hannifin Corp | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Phillips 66 | A | Dividend | K | T | | | | | |
| 53. - PNC Bank Corp | A | Dividend | K | T | | | | | |
| 54. - Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 55. - Raytheon Technologies Corp | A | Dividend | J | T | | | | | |
| 56. - Sealed Air Corp | A | Dividend | K | T | | | | | |
| 57. - TJX Cox Inc | A | Dividend | K | T | | | | | |
| 58. - Vanguard FTSE All-Wrld Exus ETF | A | Dividend | J | T | | | | | |
| 59. Investment Account #2 (H) | | | | | | | | | |
| 60. - Ishares Russ 1000 Growth ETF | A | Dividend | K | T | | | | | |
| 61. - Ishares Russ 1000 Value ETF | A | Dividend | K | T | | | | | |
| 62. - Ishares Russ MC Value ETF | A | Dividend | K | T | Sold (part) | 11/25/22 | J | A | |
| 63. - Ishares S&P 500 Growth ETF | A | Dividend | K | T | | | | | |
| 64. - Vanguard High Div Yield ETF | C | Dividend | L | T | Sold (part) | 03/25/22 | J | A | |
| 65. - Vanguard Mid Cap Growth ETF | A | Dividend | K | T | | | | | |
| 66. -American Europacific Growth F3 | A | Dividend | K | T | | | | | |
| 67. - American New World Cl F3 | A | Dividend | K | T | | | | | |
| 68. - Blackrock National Municipal Fund | A | Dividend | | | Buy | 03/07/22 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 06/23/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 69. | | | | | Sold | 04/11/22 | M | |
| 70. - Dimensional DFA Int'l Value Fund | A | Dividend | K | T | | | | |
| 71. -Fidelity: Advisor Inter Mun Incm Fd Z | B | Dividend | L | T | Sold (part) | 12/27/22 | J | |
| 72. -JP Morgan Fed Money Market | A | Dividend | J | T | | | | |
| 73. -MFS International Equity Fund | A | Dividend | K | T | | | | |
| 74. -MFS Municipal High Income R6 | C | Dividend | L | T | | | | |
| 75. - T. Rowe Price Summit Municipal Income I | C | Dividend | M | T | Buy | 04/12/22 | M | |
| 76. | | | | | Sold (part) | 12/27/22 | J | |
| 77. -T. Rowe Price Tax Free Short Inter | B | Dividend | L | T | Sold (part) | 09/27/22 | J | |
| 78. | | | | | Sold (part) | 10/26/22 | J | |
| 79. -USAA Tax Exempt Interm Term | A | Dividend | | | Sold | 03/07/22 | M | C |
| 80. Investment Account #3 (H) | | | | | | | | |
| 81. - PNC Bank NA Deposit Sweep (formerly Fidelity. C1 Cash&Money Market) | A | Dividend | L | T | | | | |
| 82. - Ishares National Muni Bond ETF | B | Dividend | M | T | Buy (add'l) | 03/17/22 | K | |
| 83. | | | | | Buy (add'l) | 11/02/22 | L | |
| 84. - Blackrock Strategic Income | A | Dividend | M | T | Buy | 08/08/22 | K | |
| 85. - Pacific Funds Floating Rate Income | C | Dividend | L | T | Buy | 02/15/22 | K | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 06/23/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 86. | | | | | Buy (add'l) | 04/13/22 | K | |
| 87. - Dodge & Cox Income Fund | C | Dividend | | | Sold (part) | 04/13/22 | K | |
| 88. | | | | | Sold (part) | 08/08/22 | J | |
| 89. | | | | | Sold | 08/08/22 | L | |
| 90. -Metropolitan West Unconstrained | C | Dividend | | | Sold | 02/15/22 | L | |
| 91. -T. Rowe Price VA T/F Bond Fd | D | Dividend | M | T | Sold (part) | 11/02/22 | L | |
| 92. - Vanguard Funds Inter-Term TE Fd 542 | C | Dividend | M | T | | | | |
| 93. - Vanguard Funds Limited Term Tax Exempt Fund 531 Admiral | B | Dividend | M | T | | | | |
| 94. -Fidelity Real Estate EFT | A | Dividend | J | T | Buy | 03/07/22 | J | |
| 95. | | | | | Buy (add'l) | 04/20/22 | J | |
| 96. - Ishares S&P 100 ETF | A | Dividend | L | T | | | | |
| 97. - Ishares Core S&P US Value | A | Dividend | K | T | Buy | 04/13/22 | J | |
| 98. | | | | | Buy (add'l) | 04/20/22 | J | |
| 99. | | | | | Buy (add'l) | 10/07/22 | J | |
| 100. | | | | | Buy (add'l) | 11/02/22 | J | |
| 101. - Ishares MSCI USA Quality Factor ETF | A | Dividend | K | T | | | | |
| 102. -Ishares Core Dividend Growth ETF | A | Dividend | K | T | Buy (add'l) | 03/07/22 | J | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 103. -Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | | | | |
| 104. - Vanguard Mid Cap ETF | A | Dividend | K | T | | | | |
| 105. - Vanguard Large Cap ETF | C | Dividend | M | T | | | | |
| 106. - Vanguard Growth ETF | A | Dividend | L | T | Sold<br>(part) | 02/15/22 | K | E |
| 107. - Vanguard Value ETF | B | Dividend | L | T | Buy<br>(add'l) | 03/07/22 | J | |
| 108. | | | | | Buy<br>(add'l) | 10/07/22 | J | |
| 109. - Seafarer Overseas Growth & Income Instl | A | Dividend | J | T | | | | |
| 110. - WCM Focused Int'l Growth | A | Dividend | J | T | Sold<br>(part) | 05/13/22 | J | B |
| 111. - Touchstone Sands EM GR-Inst 565 | A | Dividend | | | Sold | 11/02/22 | J | |
| 112. - Vanguard International Value Fund | A | Dividend | K | T | Buy | 04/21/22 | J | |
| 113. | | | | | Buy<br>(add'l) | 05/16/22 | J | |
| 114. Mineral Interest, Grady Cnty, OK | G | Rent | M | W | | | | |
| 115. Kansas City Whole Life Insurance | A | Interest | J | W | | | | |
| 116. | | | | | | | | |
| 117. | | | | | | | | |
| 118. | | | | | | | | |
| 119. | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 06/23/2023 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 06/23/2023 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 13141 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Samuel A. Alito**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 13106)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite G-330
One Columbus Circle, N.E.
Washington, D.C. 20544